United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-7209 September Term, 1999

District Intown Properties Limited Partnership, et al.,
 Appellants
 
v.

District of Columbia, et al.,
 Appellees
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 96cv00569)
 
 
 

 Before: Edwards, Chief Judge, Williams and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, on its own motion, that the opinion of Circuit Judge
Williams, concurring in the judgment, filed herein this date is amended, as follows:

 Page 3, 2nd line from the bottom, insert " Lucas," at the beginning of the line.

 Page 7, line 26, delete the closing parenthesis and the period.

 Page 10, line 10, "law," should be amended to read "Law,".

Per Curiam
 FOR THE COURT:
Mark J. Langer, Clerk

 
Filed on December 17, 1999